### J. H. HENRY ET AL. V. JESSIE SHAIN.

(No. 1587, Op. Book No. 2, p. 332.)

APPEAL from Collin County. Opinion by WALKER, R. S., P. J.

§ **1074.** *Statement of facts; requisites of; effect of absence of.* A statement of the evidence adduced on the trial of a cause, made *ex parte* by the counsel for one only of the parties, and no evidence accompanying it of the approval of the judge who presided, can have no consideration whatever attached to it as a statement of facts. It is a well established rule that the charge of the judge below will not be revised unless there be a state-

ment of facts in the record, except the pleadings contain matter which shows the charge to be necessarily erroneous. [Bast v. Alford, 22 Tex. 399.] Or where there are no pleadings to support the verdict of the jury, and the issues in the pleadings do not warrant the charge to the jury. [Anding v. Perkins, 29 Tex. 348.] It is also a settled rule that, in the absence of a statement of facts, errors assigned upon the rulings of the court as to the admission of testimony will not be considered. [Hutchins v. Wade, 20 Tex. 7.]

April 23, 1881.                                    Affirmed.